THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Barbara J.
 Rogers, Appellant.
 
 
 

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No.  2011-UP-348 
Submitted June 1, 2011  June 29, 2011

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia,
 for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Barbara J. Rogers appeals the circuit
 court's full revocation of her probation, arguing the circuit court violated
 her due process rights by revoking her probation without first finding that she
 willfully violated the terms of her probation.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v. Hamilton, 333 S.C. 642, 649, 511 S.E.2d 94, 97 (Ct. App. 1999) ("It is
 only when probation is revoked solely for failure to pay fines or
 restitution that a finding of willfulness is mandatory.") (emphasis in
 original). 
AFFIRMED.
FEW, C.J.,
 HUFF, J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.